Send out on Back →

3:17-cv-838-J-39 PDB FILED

Complaint — Notes tow the Clerk of Court — Dept 7-19-17

Hello my name is Wilis Armondo Miller-130944 Iam suiting this District Court duo to that Iam having on going Problems with officer's thats here at U-ning C-I doing thing's to my food that gets me sick which I believe that these officer's done Poison me because Iam geting sick I done went to medical about my issue with me feeling sick duo tow that I may got Poisont by a officer Puting something in to my food all the medical that's were at this u-ning C-I T-C-U keep saying is that they duo not believe that a officer whould duo any thing like this however Iam also Haveing on going Problems with Sgt Smich in all of the admin officer's that's under him in Lt Davis These office's keep takeing my personal Legal Documentation all my Personal Property and all my State Institution Documentation and Destroying The'm this flooiwing officer's is also telling other Inmate's That Iam a child molester which by the'm doing so this put my life in danger and this is very well subject as cruel and unusual Punishment Toward's a Inmate as in my self These officer's also keep geting me put on shos and a E-T-9 shoot so that I can not have my Personal property in so I whould not B-able to write home this flooiwing officer's also is telling other Inmate's That Iam about to get killed by geting my food poisont III however I want tow the warden on these issue on going time's and still warden K-Jordan have not takeing no acting for the safely of my life and by the warden K-Jordan not takeing acting Iam fair for my life and my safely because of this Iam also not eating much duo tow that it's geting me sick the food may be got poison

Back →

In tow it however it's also more officer's that be doing things to my food tray's Iam not sure of all of their names but I duo got some that I know off hand officer Eason he's a officer that's here working here in U-Dorm officer Eason be all was giveing me a food tray that's tamperd with in the food gets me sick as well also officer Homenstin that work's at night over here in U-Dorm officer Homenstin have also giveing tamperd food when I duo get my food tray it taste as if it's something in the food in it also get's me sick also Homenstin that work's on night shift be on going horassing me it's also tow my understanding that Eason that work's day shiht in officer Homenstin that work's night shiht be passing down tow every shiht tow duo things to my food which what evers it is it's geting me sick all the times it's also tow my understanding it's these U-Dorm officer's every intention to hurt are harm are may even take my life by these officer's crcuel and unusual punishment that's going on towad's me Iam and fear for my life in safety of these officer's however by these crcuel act's by this officer's I want tow file a law suit for my institution right's being violate in be cause of warden Jarden not takeing acting for my be have of my personal safety however Iam requesting of this court's tow pleas ford a copy of this complaint tow

Back →

The warde K-Jordan That's over This Institution In Also I whould Like a copy of This complaint forward Back To Me So That I can Personal file It My self Also I whould Be Thank for If This court can send Me A special Note's Leting me know That This court Have Received This complaint from me (form) Inmate Willis Miller D-C 130949 Also I whould Be Thank for If you All can send Me The full complaint Civil Rights from's 1983 so That I can file A Low Suit With This court hoip I will Be Looking ford To Be Hereing form you All A-S-A-P In Duoing Business With You So pleas Respon I Also whould Be needing Asst with A Lawyer To hoip me Through With This Because I Duo not know About The Law Tow well So I will Need The Lawyer hoip To walk Me Through With Thing's That Iam Not Tow Sure About Thank you when Duo So Willis Miller D-C 130949 Iam Looking ford

Willis Miller
130949


MARCOS IVEY
MY COMMISSION # FF 970713
EXPIRES: March 13, 2020
Bonded Thru Budget Notary Services


7-19-17


RECEIVED
UNION CORRECTIONAL INSTITUTION
JUL 19 2017
BY:
FOR MAILING